

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2021

No. 04-21-00246-CV

**IN THE INTEREST OF R.R.,** a child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00605
Honorable Peter Sakai, Judge Presiding

## O R D E R

 This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* Tex. R. Jud. Admin. 6.2. Appellee has filed a motion requesting an extension of time to file the appellee's brief. The motion is GRANTED. The appellee's brief is due on or before **September 27, 2021**.

 **Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court